UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHEN DWAYNE BAKER,<br><br>                    Plaintiff,<br><br>         v.<br><br>AUBURNWA.GOV,<br><br>                    Defendant. | CASE NO. 2:22-cv-01854-TL<br><br>ORDER TO SHOW CAUSE |

    Plaintiff Nathen Dwayne Baker filed a Proposed Complaint on December 27, 2022, without paying the required filing fee or applying for leave to proceed *in forma pauperis*. Dkt. No. 1. On December 30, the Clerk of the Court mailed Mr. Baker a letter notifying him of his filings deficiencies and directing him to correct the deficiencies by no later than January 30, 2023, or face the possibility of having his case dismissed. Dkt. No. 3. Mr. Baker never responded to the Clerk's letter.

    The Court therefore ORDERS Mr. Baker to show cause why his case should not be dismissed and administratively closed for failing to pay the required filing fee. Mr. Baker shall

ORDER TO SHOW CAUSE - 1

either (1) pay the filing fee or (2) seek leave to proceed *in forma pauperis*, and cure the remaining deficiencies noted in the Clerk's letter, by no later than March 31, 2023, if he wished to proceed with this case. Otherwise, the case will be dismissed.

Dated this 15th day of March 2023.

Tana Lin
United States District Judge