UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHEN DWAYNE BAKER,<br><br>                    Plaintiff,<br>       v.<br><br>AUBURNWA.GOV,<br><br>                    Defendant. | CASE NO. 2:22-cv-01854-TL<br><br>ORDER OF DISMISSAL |

Plaintiff Nathen Dwayne Baker filed a Proposed Complaint on December 27, 2022, without paying the required filing fee or applying for leave to proceed *in forma pauperis*. Dkt. No. 1. On December 30, the Clerk of the Court mailed Mr. Baker a letter notifying him of his filing deficiencies and directing him to correct the deficiencies by no later than January 30, 2023, or face the possibility of having his case dismissed. Dkt. No. 3. Mr. Baker never responded to the Clerk's letter. On March 15, 2023, the Court ordered Mr. Baker to show cause by no later than March 31 why his case should not be dismissed and administratively closed for failing to pay the required filing fee. Dkt. No. 4. Again, Mr. Baker never responded to the Court's Order.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Accordingly, the Court DISMISSES Mr. Baker's Complaint without prejudice for failure

pay the required filing fee and ORDERS the Clerk to administratively close this case.

Dated this 9th day of June 2023.

Tana Lin
United States District Judge